Case Name: MEHMEDI, FADIL
Case No:    07-70960

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 2/5/08                    WILLIAM T. NEARY
                                 United States Trustee, Region 11

                              BY:   */s/ Carole J. Ryczek*
                                    CAROLE J. RYCZEK
                                    Attorney for the U.S. Trustee