## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>MEHMEDI, FADIL | CHAPTER 7 -- Liquidation |
| | CASE NO. 07-70960 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-1663 13-7581517<br>Debtor(s) | HONORABLE  MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1.   NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **MARCH 10, 2008** at 9:30 a.m.

2.   The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,350.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 4,572.45 | |

JOSEPH D. OLSEN                           0.00                                22.50
Trustee

4.    The Trustee's Final Report shows total:

      a.    Receipts                                    $_____38,224.51

      b.    Disbursements                               $_____0.00

      c.    Net Cash Available for Distribution          $_____38,224.51

5.    In addition to the fees, compensation and expenses that may be allowed by the Court,
liens and priority claims which must be paid in advance of general unsecured creditors
have been allowed in the amount of $0.00, which leaves a total amount of $32,279.56, to
be distributed to general unsecured creditors whose claims have been allowed in the total
amount of $94,669.10.

6.    The debtor has been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:

____1/28/08_____                        ____s/s  Joseph D. Olsen_____
DATE