**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MEHMEDI, FADIL | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-70960 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-1663  13-7581517<br>Debtor(s) | HONORABLE  MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **MARCH 10, 2008** at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,350.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 4,572.45 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 22.50 |

4. The Trustee's Final Report shows total:

|   |   |   |   |
|---|---|---|---|
|   | a. | Receipts | $ 38,224.51 |
|   | b. | Disbursements | $ 0.00 |
|   | c. | Net Cash Available for Distribution | $ 38,224.51 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $32,279.56, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $94,669.10.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

_____1/28/08_____          ___s/s Joseph D. Olsen_____
DATE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0960  Doc 41  Filed 02/05/08  Entered 02/08/08 00:35:46  Desc Imaged
Certificate of Service  Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3              User: lorsmith              Page 1 of 1              Date Rcvd: Feb 05, 2008
Case: 07-70960                    Form ID: pdf002             Total Served: 34


The following entities were served by first class mail on Feb 07, 2008.
db           +Fadil Mehmedi,    912 Quill Drive,    Roscoe, IL 61073-7437
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +Dennis L Leahy,    One Court Place, Suite 203,    Rockford, IL 61101-1042
aty          +George P Hampilos,    Schirger, Monteleone, Hampilos,    308 West State Street,    Suite 210,
               Rockford, IL 61101-1140
aty          +Joseph D. Olsen,,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
aty          +Tyler A Moore,    6833 Stalter Drive,    First Floor,    Rockford, IL 61108-2579
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11316037      Advanta,   PO Box 30715,    Salt Lake City, UT 84130-0715
11316038      American Express,    Box 0001,    Los Angeles, CA 90096-0001
11369793      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11618654      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11316039     +Amex,   Po Box 297617,    Fort Lauderdale, FL 33329-7871
11316043      Bank of America,    PO Box 2463,    Spokane, WA 99210-2463
11316040      Bank of America,    PO Box 17322,    Baltimore, MD 21297-1322
11316041      Bank of America,    PO Box 37291,    Baltimore, MD 21297-3291
11316042      Bank of America,    PO Box 17309,    Baltimore, MD 21297-1309
11316044     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
11316045      Citi Business Card,    PO Box 44180,    Jacksonville, FL 32231-4180
11316046     +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
11603313      Citibank (South Dakota). N.A.,    Exception Payment Processing,    PO Box 6305,
               The Lakes, NV 88901-6305
11316047     +Citibank Usa,    Po Box 6003,    Hagerstown, MD 21747-6003
11316048     +Citizens Bank & Trust,    5700 N Central Ave.,    Chicago, IL 60646-6410
11316049     +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
11316051      MBNA,   PO Box 15469,    Wilmington, DE 19886-5469
11347851     +Max Recovery Inc,    POB 10228,    Newark NJ 07193-0228
11601639      Max Recovery Inc successor to,    American General Finance Corp,    POB 10228,
               Newark NJ 07193-0228
11601638      Max Recovery Inc successor to,    CitiBank South Dakota NA,    POB 10228,    Newark NJ 07193-0228
11601640      Max Recovery Trust I successor to,    GE Capital Services,    POB 10228,    Newark NJ 07193-0228
11316052     +Saranda's Furniture Co., Inc,    4015 N. Rockwell St,    Chicago, IL 60618-3720
11316053     +Village of Machesney Park,    Tyler A Moore,    6833 Stalter Drive,    Rockford IL 61108-2579
11316054      Wells Fargo,    PO Box 54349,    Los Angeles, CA 90054-0349
11565541     +Wells Fargo Bank NA,    BDD-Bankruptcy Dept,    POB 53476,    Phoenix AZ 85072-3476

The following entities were served by electronic transmission on Feb 06, 2008.
11316050     +E-mail/Text: bankruptcydept@wyndhamvo.com                           Fairfield Acceptance Corp,
               10750 W Charleston Blvd Suite 130,    Las Vegas, NV 89135-1049
11696236      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11316055*     Wells Fargo,    PO Box 54349,    Los Angeles, CA 90054-0349
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 07, 2008**                    **Signature:** _Joseph Speetjens_