**JPMorganChase**

March 01, 2008 through March 31, 2008

Account Number: **000312177553966**

ACCOUNT # 000312177553966
MEHMEDI FADIL
07-70960

**IMAGES**



004910094058 MAR 27 #0000000101 $1,350.00



004910094058 MAR 27 #0000000101 $1,350.00



004910094057 MAR 27 #0000000102 $4,572.45



004910094057 MAR 27 #0000000102 $4,572.45



Exhibit "A"

**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312177553966**

ACCOUNT # 000312177553966
MEHMEDI FADIL
07-70960



004910094059 MAR 27 #0000000103 $22.50



004910094059 MAR 27 #0000000103 $22.50



006610373331 MAR 26 #0000000104 $8,100.53



006610373331 MAR 26 #0000000104 $8,100.53

**JPMorganChase**

ACCOUNT # 000312177553966
MEHMEDI FADIL
07-70960

March 01, 2008 through March 31, 2008
Account Number: **000312177553966**





008770085367 MAR 24 #0000000105 $824.50

008770085367 MAR 24 #0000000105 $824.50



008770085368 MAR 24 #0000000106 $732.51

008770085368 MAR 24 #0000000106 $732.51

**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312177553966**

ACCOUNT # 000312177553966
MEHMEDI FADIL
07-70960



008770085369 MAR 24 #0000000107 $1,136.89





008770085369 MAR 24 #0000000107 $1,136.89



006610159264 MAR 26 #0000000108 $3,223.37



006610159264 MAR 26 #0000000108 $3,223.37

**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312177553966**

ACCOUNT # 000312177553966
MEHMEDI FADIL
07-70960



006610373320 MAR 26 #0000000109 $157.51



006610373320 MAR 26 #0000000109 $157.51



006610373321 MAR 26 #0000000110 $6,761.08



006610373321 MAR 26 #0000000110 $6,761.08

**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312177553966**

ACCOUNT # 000312177553966
MEHMEDI FADIL
07-70960



002410691087 MAR 27 #0000000111 $3,186.51



002410691087 MAR 27 #0000000111 $3,186.51



002410691081 MAR 27 #0000000112 $5,002.71



002410691081 MAR 27 #0000000112 $5,002.71

**JPMorganChase**

ACCOUNT # 000312177553966
MEHMEDI FADIL
07-70960

March 01, 2008 through March 31, 2008
Account Number: **000312177553966**



002410691082 MAR 27 #0000000113 $3,181.87



002410691082 MAR 27 #0000000113 $3,181.87



**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

March 01, 2008 through March 31, 2008

Account Number: **000312177553966**

### CUSTOMER SERVICE INFORMATION

Service Center: **1-800-634-5273**



00016924 DBI 802 24 09208 - NNN  1 000000000 60 0000
07-70960 MEHMEDI FADIL
DEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY    Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| Deposits and Additions | 1 | 38,252.43 |
| Checks Paid | 13 | - 38,252.43 |
| **Ending Balance** | 14 | $0.00 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/14 | Miscellaneous Credit | $38,252.43 |
| **Total Deposits and Additions** | | **$38,252.43** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 101 | 03/27 | $1,350.00 | 108 | 03/26 | 3,223.37 |
| 102 | 03/27 | 4,572.45 | 109 | 03/26 | 157.51 |
| 103 | 03/27 | 22.50 | 110 | 03/26 | 6,761.08 |
| 104 | 03/26 | 8,100.53 | 111 | 03/27 | 3,186.51 |
| 105 | 03/24 | 824.50 | 112 | 03/27 | 5,002.71 |
| 106 | 03/24 | 732.51 | 113 | 03/27 | 3,181.87 |
| 107 | 03/24 | 1,136.89 | | | |
| | | | **Total Checks Paid** | | **$38,252.43** |

Exhibit "B"